07-493

Dear Magistrate Judge Lisa Pupo Lenihan,

This letter is concerning my present case # 3:07-CV-669 against S.C.I. Pine Grove Nurses Department. After a review of your very detail recommendation I wish to drop any and every lawsuit pending. After speaking to my family we felt as though this case is of no more importance. It's only causing more mental stress than the physical discomfort I felt. I would appreciate that whoever is needy to inform about my decision I would appreciate you forward to them.

Respectfully Submitted
Jarel Black

CC: Black Family Attorney, Mark C. ___

SO ORDERED, this 4th day of May, 2007.

_____
Gary L. Lancaster, U.S. District Judge